IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHERI M. DECKARD and JOSEPH A. DECKARD, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JESSE F. FERRER, JOE R. POIROT, AARON G. WANSBROUGH, d/b/a FERRER, POIROT & WANSBROUGH, TRIFECTA MARKETING GROUP, LLC, and BLACKHAWK PARTNERS, LLC<br><br>Defendants,<br><br>and<br><br>JESSE F. FERRER, JOE R. POIROT, AARON G. WANSBROUGH, d/b/a FERRER, POIROT & WANSBROUGH<br><br>Third-party Plaintiffs,<br><br>vs.<br><br>BLACKHAWK PARTNERS, LLC<br><br>Third-party Defendant. | CIVIL ACTION NO. 4:12-cv-02242-CDP |

**STIPULATION OF DISMISSAL — ALL CLAIMS**

COME NOW, all counsel of record and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of all claims, cross-claims and third-party claims, asserted by any and all parties, with each party to bear their own fees, costs and expenses.

Dated: June 25, 2013

1

Respectfully submitted,

**BUTSCH ROBERTS & ASSOCIATES LLC**
By: /s/ David T. Butsch
David T. Butsch, #37539MO
Christopher E. Roberts, #61895MO
231 S. Bemiston Ave, Suite 260
Clayton, MO 63105
314.863.5700
314.863.5711
Butsch@butschroberts.com
Roberts@butschroberts.com
Attorneys for Plaintiffs

**FERRER, POIROT & WANSBROUGH**
By: /s/ John T. Kirtley, III
John T. Kirtley, III, # 60568
2603 Oak Lawn, Suite 300
Dallas, TX 75219
214.521.4412
866.513.0115
jkirtley@lawyerworks.com
Attorney for Ferrer Defendants

**GOFFSTEIN, RASKAS, POMERANTZ, KRAUS & SHERMAN, L.L.C.**
By: /s/ Robert M. Susman
Robert M. Susman, #25755
7701 Clayton Road
St. Louis, MO 63114
314.721.7171
314.721.7765
rsusman@grlawstl.com
Attorney for Ferrer Defendants

**LAW OFFICES OF ALEXANDER E. SKLAVOS, PC**
By: /s/ Alexander E. Sklavos
Alexander E. Sklavos
375 North Broadway, Suite 208
Jericho, NY 11753
516.248.4000
866.829.8933
aes@sklovoslaw.com
Attorney for Defendants Trifecta
and Blackhawk

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the documents to any non CM/ECF participants.

                                                  /s/ David T. Butsch
                                                  David T. Butsch